THE HONORABLE TANA LIN

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

CATHAY BANK, a California State-Chartered Bank,

        Plaintiff,

    v.

DAN GUIMONT, TOM VAUGHN, ANDREW PICKERING, KIRSTEN KOESTER, JOHN MARTIN, and MACQUARIE ASSET MANAGEMENT, part of MACQUARIE GROUP LIMITED, an Australian publicly traded company,

        Defendants.

No. 2:26-cv-01369-TL

**STIPULATED MOTION TO EXTEND ANSWER DEADLINE**

Pursuant to Judge Lin's Standing Order for All Civil Cases, Plaintiff Cathay Bank and Defendant Macquarie Asset Management US Inc. ("Macquarie") have agreed to move the following deadline:

1. The deadline for Defendant Macquarie to file an answer or otherwise respond to Plaintiff's Complaint, *see* Dkt. 1, until July 6, 2026.

The Parties request that the Clerk reset the deadlines as noticed.

STIPULATED MOTION TO EXTEND
ANSWER DEADLINE – 1

DATED: May 22, 2026

By: s/ Steven W. Fogg

Steven W. Fogg, WSBA No. 23528
Mark Rutherford, WSBA No. 57519
CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104
Tel: 206.625.8600
Fax: 206.625.0900
sfogg@corrcronin.com
mrutherford@corrcronin.com

Nicholas J. Boyle
(*pro hac vice forthcoming*)
Anne C. Malinee
(*pro hac vice forthcoming*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
Tel: 202.637.2200
Fax: 202.637.2201
nicholas.boyle@lw.com
anne.malinee@lw.com

Christopher Harris
(*pro hac vice forthcoming*)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Tel: 212.906.1200
Fax: 212.751.4864
christopher.harris@lw.com

*Attorneys for Defendant*
*Macquarie Asset Management US Inc.*

By: s/ Justin Strother

Heidi B. Bradley, WSBA No. 35759
BRADLEY BERNSTEIN SANDS LLP
2800 First Ave. Suite 326
Seattle, WA 98121
Tel: 206.337.6551
hbradley@bradleybernstein.com

STIPULATED MOTION TO EXTEND
ANSWER DEADLINE – 2

**CORR CRONIN LLP**
1015 Second Avenue │ Floor 10
Seattle, Washington 98104
Tel (206) 625-8600
Fax (206) 625-0900

Allan B. Diamond
(*pro hac vice forthcoming*)
Justin Strother
(*pro hac vice forthcoming*)
Brian Hogue
(*pro hac vice forthcoming*)
DIAMOND MCCARTHY LLP
2200 Post Oak Blvd., Ste. 1000
Houston, TX 77056
Tel: 713.333.5104
allan.diamond@diamondmccarthy.com
justin.strother@diamondmccarthy.com
brian.hogue@diamondmccarthy.com

Damion D.D. Robinson
(*pro hac vice forthcoming*)
DIAMOND MCCARTHY LLP
8430 Santa Monica Blvd, Suite 200
West Hollywood, CA 90069
Tel: 424.278.9518
damion.robinson@diamondmccarthy.com

*Attorneys for Plaintiff
Cathay Bank*

STIPULATED MOTION TO EXTEND
ANSWER DEADLINE – 3

**[~~PROPOSED~~] ORDER**

Based on the foregoing stipulation of the Parties, it is HEREBY ORDERED that the Parties' Stipulated Motion to Extend Answer Deadline to July 6, 2026 is GRANTED.

DATED this 26th day of May, 2026.

_____

THE HONORABLE TANA LIN
United States District Judge

STIPULATED MOTION TO EXTEND
ANSWER DEADLINE — 4

**CORR CRONIN LLP**
1015 Second Avenue │ Floor 10
Seattle, Washington 98104
Tel (206) 625-8600
Fax (206) 625-0900