THE HONORABLE TANA LIN

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

CATHAY BANK, a California State-Chartered Bank,

               Plaintiff,

    v.

DAN GUIMONT, TOM VAUGHN, ANDREW PICKERING, KIRSTEN KOESTER, JOHN MARTIN, and MACQUARIE ASSET MANAGEMENT, part of MACQUARIE GROUP LIMITED, an Australian publicly traded company,

               Defendants.

No. 2:26-cv-01369-TL

**STIPULATED MOTION TO EXTEND DEADLINES**

Pursuant to Judge Lin's Standing Order for All Civil Cases, all parties have agreed to move certain deadlines as follows:

1. The deadline for the parties' FRCP 26(f) Conference, currently specified by the Court as June 23, 2026 at ECF No. 22, to July 9, 2026.

2. The deadline for the parties' Initial Disclosures pursuant to FRCP 26(a)(1), currently specified by the Court as July 7, 2026 at ECF No. 22, to July 23, 2026.

3. The deadline for a Combined Joint Status Report and Discovery Plan as required by FRCP 26(f) and Local Civil Rule 26(f), currently specified by the Court as July 21, 2026 at ECF No. 22 to August 6, 2026.

STIPULATED MOTION TO EXTEND
DEADLINES– 1

4. The deadline for Defendants Macquarie Asset Management US Inc., Guimont, Koester, Martin, and Vaughn to file an answer or otherwise respond to Plaintiff's Complaint, from July 6, 2026 (as specified by the Court at ECF Nos. 19, 21, and 25), to July 22, 2026. The parties recognize that this deadline has already been extended. However, extension of this deadline to July 22, 2026 will promote efficiency insofar as it will bring the response deadline for these defendants in conformity with the response deadline for Defendant Pickering; moreover, the parties anticipate using the additional time to consider whether they can reach agreement as to whether this matter must be transferred to the United States District Court for the Southern District New York pursuant to a forum-selection clause in the Credit Agreement signed by Plaintiff Cathay Bank.

The Parties request that the Clerk reset the deadlines as noticed.

STIPULATED MOTION TO EXTEND
DEADLINES– 2

**CORR CRONIN LLP**
1015 Second Avenue | Floor 10
Seattle, Washington 98104
Tel (206) 625-8600
Fax (206) 625-0900

DATED: June 12, 2026

CORR CRONIN LLP

By: *s/ Steven W. Fogg*

Steven W. Fogg, WSBA No. 23528
Mark Rutherford, WSBA No. 57519
1015 Second Avenue, Floor 10
Seattle, WA 98104
Tel: 206.625.8600
Fax: 206.625.0900
sfogg@corrcronin.com
mrutherford@corrcronin.com

LATHAM & WATKINS LLP

Nicholas J. Boyle, *pro hac vice*
Anne C. Malinee, *pro hac vice*
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Tel: 202.637.2200
Fax: 202.637.2201
nicholas.boyle@lw.com
anne.malinee@lw.com

Christopher Harris, *pro hac vice*
1271 Avenue of the Americas
New York, NY 10020
Tel: 212.906.1200
Fax: 212.751.4864
christopher.harris@lw.com

*Attorneys for Defendant*
*Macquarie Asset Management US Inc.*


DIAMOND MCCARTHY LLP

By: *s/ Brian Hogue*
Allan B. Diamond
Justin Strother, *pro hac vice*
Brian Hogue, *pro hac vice*
2200 Post Oak Blvd., Ste. 1000
Houston, TX 77056
Tel: 713.333.5104
allan.diamond@diamondmccarthy.com

STIPULATED MOTION TO EXTEND
DEADLINES– 3

justin.strother@diamondmccarthy.com
brian.hogue@diamondmccarthy.com

Damion D.D. Robinson
(*pro hac vice forthcoming*)
8430 Santa Monica Blvd, Suite 200
West Hollywood, CA 90069
Tel: 424.278.9518
damion.robinson@diamondmccarthy.com

BRADLEY BERNSTEIN SANDS LLP

Heidi B. Bradley, WSBA No. 35759
2800 First Ave. Suite 326
Seattle, WA 98121
Tel: 206.337.6551
hbradley@bradleybernstein.com

*Attorneys for Plaintiff*
*Cathay Bank*


Angeli & Calfo LLC (Sea)

By: *s/ Angelo J. Calfo*
Angelo J Calfo
701 Pike St, Ste 1625
Seattle, WA 98101
206-703-4810
*angelo@angelicalfo.com*

Tyler P. Francis
Angeli & Calfo LLC (Or)
121 SW Morrison St., Ste 400
Portland, OR 97204
503-954-2232
*tylerf@angelicalfo.com*

*Attorneys for Tom Vaughn and Andrew*
*Pickering*

STIPULATED MOTION TO EXTEND
DEADLINES– 4

MORGAN, LEWIS & BOCKIUS LLP

By: _s/ Patty A. Eakes_
Patty A. Eakes, WSBA #18888
Andrew DeCarlow, WSBA #54471
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
patty.eakes@morganlewis.com
andrew.decarlow@morganlewis.com

_Attorneys for Dan Guimont, Kirsten
Koester, and John Martin_

STIPULATED MOTION TO EXTEND
DEADLINES– 5

## [PROPOSED] ORDER

Based on the foregoing stipulation of the Parties, it is HEREBY ORDERED that the Parties' Stipulated Motion to Extend Deadlines is GRANTED.

DATED this ___ day of _____, 2026.

_____
THE HONORABLE TANA LIN
United States District Judge

STIPULATED MOTION TO EXTEND
DEADLINES– 6

CORR CRONIN LLP
1015 Second Avenue │ Floor 10
Seattle, Washington 98104
Tel (206) 625-8600
Fax (206) 625-0900