THE HONORABLE TANA LIN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

CATHAY BANK, a California State-Chartered Bank,

Plaintiff,

v.

DAN GUIMONT, TOM VAUGHN, ANDREW PICKERING, KIRSTEN KOESTER, JOHN MARTIN, and MACQUARIE ASSET MANAGEMENT, part of MACQUARIE GROUP LIMITED, an Australian publicly traded company,

Defendants.

Case No. 2:26-cv-01369-TL

**DEFENDANT MACQUARIE ASSET MANAGEMENT US INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and Local Civil Rule 7.1, Defendant Macquarie Asset Management US Inc. submits the following Corporate Disclosure Statement.

Macquarie Asset Management US Inc. is a Delaware corporation with its principal place of business in New York.

It is a wholly owned subsidiary of Macquarie Asset Management US Holdings Pty Limited, a proprietary company based in Australia.

Macquarie Asset Management US Inc.'s ultimate parent is Macquarie Group Limited,

MACQUARIE ASSET MANAGEMENT US INC.'S
CORPORATE DISCLOSURE STATEMENT - 1
CASE NO. 2:26-CV-01369-TL

**CORR CRONIN LLP**
1015 Second Avenue | Floor 10
Seattle, Washington 98104-1001
Telephone: (206) 625-8600
Facsimile: (206) 625-0900

a publicly traded corporation on the Australian Securities Exchange with its principal place of business in Sydney, Australia. Macquarie Group Limited has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: July 7, 2026

Respectfully submitted,

By: s/Steven W. Fogg
Steven W. Fogg, WSBA No. 23528
Mark Rutherford, WSBA No. 57519
CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104
Telephone: (206) 625-8600
Facsimile: (206) 625-0900
sfogg@corrcronin.com
mrutherford@corrcronin.com

Nicholas J. Boyle, *admitted pro hac vice*
Anne C. Malinee, *admitted pro hac vice*
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
nicholas.boyle@lw.com
anne.malinee@lw.com

Christopher Harris, *admitted pro hac vice*
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
christopher.harris@lw.com

*Attorneys for Defendant*
*Macquarie Asset Management US Inc.*

MACQUARIE ASSET MANAGEMENT US INC.'S
CORPORATE DISCLOSURE STATEMENT - 2
CASE NO. 2:26-CV-01369-TL