UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CATHAY BANK, a California State-Chartered Bank, | No. 2:26-cv-01369-TL |
| Plaintiff, | **STIPULATED MOTION TO EXTEND DEADLINES** |
| v. | |
| DAN GUIMONT, TOM VAUGHN, ANDREW PICKERING, KIRSTEN KOESTER, JOHN MARTIN, and MACQUARIE ASSET MANAGEMENT, part of MACQUARIE GROUP LIMITED, an Australian publicly traded company, | |
| Defendants. | |

Pursuant to Judge Lin's Standing Order for All Civil Cases, all parties have agreed to move certain deadlines as follows:

1.      The deadline for Plaintiff to file a response to the Motion to Transfer filed by Defendant Macquarie Asset Management US Inc. ("Macquarie") on July 7, 2026, Dkt. 29, until August 4, 2026;

2.      The deadline for Macquarie to file a reply in support of the Motion to Transfer, Dkt. 29, until August 18, 2026;

STIPULATED MOTION TO STAY DEADLINES – Page 1
No. 2:26-cv-01369-TL

3. The deadline for the FRCP 26(f) Conference, currently specified by the Court as July 9, 2026 at ECF No. 27, until 21 days after the Court rules on Macquarie's Motion to Transfer;

4. The deadline for any Defendant against whom claims remain in this forum to file an answer or otherwise respond to Plaintiff's Complaint, currently specified by the Court as July 22, 2026 for Defendants Macquarie, Koester, Martin, Vaughn, and Pickering, ECF No. 27, until 35 days after the Court rules on Macquarie's Motion to Transfer;

5. Additionally, by agreement of the Parties, Plaintiff shall serve Defendant Pickering with process by delivering the summons and Complaint to Defendant Pickering's counsel, Angeli & Calfo LLC, no later than July 31, 2026, and Defendant Pickering's counsel shall accept such service on Defendant Pickering's behalf;

6. The deadline for Initial Disclosures Pursuant to FRCP 26(a)(1), currently specified by the Court as July 23, 2026 at ECF No. 27, until 37 days after the Court rules on Macquarie's Motion to Transfer; and

7. The deadline for a Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f), currently specified by the Court as August 6, 2026 at ECF No. 27, until 49 days after the Court's decision on Macquarie's Motion to Transfer.

8. The parties recognize that the deadlines to answer or otherwise respond to Plaintiff's Complaint and for the FRCP 26(f) Conference, Initial Disclosures, and Combined Joint Status Report and Discovery Plan have already been extended. However, extending these deadlines pending decision on the Motion to Transfer will promote efficiency insofar as it will allow the parties and the

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

Court to conserve resources in the event the Court decides to transfer this matter to the Southern District of New York.

The Parties request that the Clerk reset the deadlines as noticed.

DATED: July 8, 2026

BRADLEY BERNSTEIN SANDS LLP

By: *s/Heidi B. Bradley*
Heidi B. Bradley, WSBA No. 35759
2800 First Ave. Suite 326
Seattle, WA 98121
Tel: 206.337.6551
hbradley@bradleybernstein.com


DIAMOND MCCARTHY LLP


By: *s/Justin Strother*
Allan B. Diamond (pro hac vice)
Justin Strother (pro hac vice)
Brian Hogue (pro hac vice)
2200 Post Oak Blvd., Ste. 1000
Houston, TX 77056
Phone: (713) 333-5104
allan.diamond@diamondmccarthy.com
justin.strother@diamondmccarthy.com
brian.hogue@diamondmccarthy.com

Damion D.D. Robinson
8430 Santa Monica Blvd, Suite 200
West Hollywood, CA 90069
Phone: (424) 278-9518
damion.robinson@diamondmccarthy.com


*Attorneys for Plaintiff Cathay Bank*

CORR CRONIN LLP

By*: s/Steven W. Fogg*
Steven W. Fogg, WSBA No. 23528
Mark Rutherford, WSBA No. 57519
sfogg@corrcronin.com
mrutherford@corrcronin.com
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
(206) 625-8600 Phone
(206) 625-0900 Fax


LATHAM & WATKINS LLP

By: *s/Anne C. Malinee*
Nicholas J. Boyle, pro hac vice
Anne C. Malinee, pro hac vice
nicholas.boyle@lw.com
anne.malinee@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Tel: 202.637.2200
Fax: 202.637.2201


Christopher Harris, pro hac vice
christopher.harris@lw.com
1271 Avenue of the Americas
New York, NY 10020
Tel: 212.906.1200
Fax: 212.751.4864


*Attorneys for Defendant Macquarie Asset Management*

STIPULATED MOTION TO STAY DEADLINES – Page 3
No. 2:26-cv-01369-TL

ANGELI & CALFO LLC (Sea)

By: *s/Tyler Weaver*
Angelo J Calfo
Tyler Weaver
701 Pike St, Ste 1625
Seattle, WA 98101
206-703-4810
angelo@angelicalfo.com
tylerw@angelicalfo.com

Tyler P. Francis
Angeli & Calfo LLC (Or)
121 SW Morrison St., Ste 400
Portland, OR 97204
503-954-2232
tylerf@angelicalfo.com

*Attorneys for Tom Vaughn*

MORGAN LEWIS & BOCKIUS LLP

By: *s/Andrew DeCarlow*
Patty A. Eakes, WSBA #18888
Andrew DeCarlow, WSBA #54471
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
patty.eakes@morganlewis.com
andrew.decarlow@morganlewis.com

*Attorneys for Dan Guimont, Kirsten Koester,
and John Martin*

### [~~PROPOSED~~] ORDER

Based on the foregoing stipulation of the Parties, it is HEREBY ORDERED that the

Parties' Stipulated Motion to Stay Deadlines is GRANTED.

DATED this 8th day of July 2026.

_____
THE HONORABLE TANA LIN
United States District Judge

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

Presented by:

BRADLEY BERNSTEIN SANDS LLP

By: *s/Heidi B. Bradley*
Heidi B. Bradley, WSBA No. 35759
2800 First Ave. Suite 326
Seattle, WA 98121
Tel: 206.337.6551
hbradley@bradleybernstein.com

DIAMOND MCCARTHY LLP

By: *s/Justin Strother*
Allan B. Diamond (pro hac vice)
Justin Strother (pro hac vice)
Brian Hogue (pro hac vice)
2200 Post Oak Blvd., Ste. 1000
Houston, TX 77056
Phone: (713) 333-5104
allan.diamond@diamondmccarthy.com
justin.strother@diamondmccarthy.com
brian.hogue@diamondmccarthy.com

Damion D.D. Robinson
8430 Santa Monica Blvd, Suite 200
West Hollywood, CA 90069
Phone: (424) 278-9518
damion.robinson@diamondmccarthy.com

*Attorneys for Plaintiff Cathay Bank*

ANGELI & CALFO LLC (Sea)

CORR CRONIN LLP

 *By: s/Steven W. Fogg*
Steven W. Fogg, WSBA No. 23528
Mark Rutherford, WSBA No. 57519
sfogg@corrcronin.com
mrutherford@corrcronin.com
1015 Second Avenue, Floor 10
Seattle, Washington  98104-1001
(206) 625-8600 Phone
(206) 625-0900 Fax

LATHAM & WATKINS LLP

By: *s/Anne C. Malinee*
Nicholas J. Boyle, pro hac vice
Anne C. Malinee, pro hac vice
nicholas.boyle@lw.com
anne.malinee@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Tel: 202.637.2200
Fax: 202.637.2201

Christopher Harris, pro hac vice
christopher.harris@lw.com
1271 Avenue of the Americas
New York, NY 10020
Tel: 212.906.1200
Fax: 212.751.4864

*Attorneys for Defendant Macquarie Asset Management*

MORGAN LEWIS & BOCKIUS LLP

By: *s/Andrew DeCarlow*

STIPULATED MOTION TO STAY DEADLINES – Page 5
No. 2:26-cv-01369-TL

By: *s/Tyler Weaver*
Angelo J Calfo
Tyler Weaver
701 Pike St, Ste 1625
Seattle, WA 98101
206-703-4810
angelo@angelicalfo.com
tylerw@angelicalfo.com

Tyler P. Francis
Angeli & Calfo LLC (Or)
121 SW Morrison St., Ste 400
Portland, OR 97204
503-954-2232
tylerf@angelicalfo.com

*Attorneys for Tom Vaughn*

Patty A. Eakes, WSBA #18888
Andrew DeCarlow, WSBA #54471
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
patty.eakes@morganlewis.com
andrew.decarlow@morganlewis.com

*Attorneys for Dan Guimont, Kirsten Koester, and John Martin*

STIPULATED MOTION TO STAY DEADLINES – Page 6
No. 2:26-cv-01369-TL

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900