THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CATHAY BANK, a California State-Chartered Bank,

Plaintiff,

v.

DAN GUIMONT, TON VAUGHN, ANDREW PICKERING, KIRSTEN KOESTER, JOHN MARTIN, and MACQUARIE ASSET MANAGEMENT, part of MACQUARIE GROUP LIMITED, an Australian publicly traded company,

Defendants.

Case No. 2:26-cv-01369-TL

**DEFENDANTS DAN GUIMONT, KIRSTEN KOESTER, AND JOHN MARTIN'S RESPONSE TO DEFENDANT MACQUARIE ASSET MANAGEMENT'S MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404 (a)**

NOTE ON MOTION CALENDAR: AUGUST 18, 2026

Defendants Dan Guimont, Kirsten Koester, and John Martin (the "Individual Defendants") hereby submit this response to Macquarie Asset Management's Motion to Transfer Pursuant to 28 U.S.C. § 1404(a), and state as follows:

The Individual Defendants agree with Macquarie Asset Management that Plaintiff's claims arise out of, relate to, and are inextricably intertwined with the Credit Agreement and that Plaintiff's blatant attempt to plead around the provisions of that Agreement, through this action, is both without legal and factual merit. Accordingly, the Individual Defendants agree that Cathay

GUIMONT, KOESTER, AND MARTIN'S
RESPONSE TO MACQUARIE'S MOTION TO
TRANSFER - 1
(Case No. 2:26-cv-01369-TL)

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

Bank's claims can and should solely be pursued in accordance with the Credit Agreement, and that any action by Cathay Bank resulting from that Agreement should be pursued according to the remedies afforded under the Agreement, including against the parties to that Agreement and in the forum provided for such disputes in the forum-selection clause.

The Individual Defendants, however, are not signatories to the Credit Agreement, and take no position at this time as to whether the Southern District of New York is the appropriate forum for this case and expressly reserve all rights, including the right to contest personal jurisdiction or otherwise challenge the propriety of any action against them, in New York should the case be transferred.

DATED: August 4, 2026.

*I certify that this memorandum contains 205 words, in compliance with the Local Civil Rules.*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Andrew DeCarlow*
Patty A. Eakes, WSBA #18888
Andrew DeCarlow, WSBA #54471
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email:  patty.eakes@morganlewis.com
        andrew.decarlow@morganlewis.com

*Attorneys for Defendants Dan Guimont, Kirsten Koester, and John Martin*

GUIMONT, KOESTER, AND MARTIN'S
RESPONSE TO MACQUARIE'S MOTION TO
TRANSFER - 2
(Case No. 2:26-cv-01369-TL)